UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL JORDAN

           Plaintiff(s),

VS.                                      2:99-CV-688-PMP-RJJ

CLARK COUNTY ET AL

           Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and Plaintiff's counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy Plaintiff's exhibits previously admitted in this matter.

Dated: November 18, 2010.

                                        **U.S. DISTRICT JUDGE**